

NUMBER 13-18-00595-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF R.A.R., A CHILD

On appeal from the 444th District Court
of Cameron County, Texas.

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Hinojosa**
**Memorandum Opinion by Justice Hinojosa**

Appellant Ricardo Javier Rodriguez filed a notice of appeal from an order signed on October 3, 2018 in trial court cause number 2008-12-6569-H in the 444th District Court of Cameron County, Texas. On February 4, 2019, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on January 31, 2019, and that the Deputy District Clerk, Nereyda Arredondo, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect

if it could be done.   *See* Tᴇx. R. Aᴘᴘ. P. 37.3, 42.3(b), (c).   The Clerk advised appellant that the appeal would be dismissed for want of prosecution if the defect was not corrected within ten days from the date of receipt of this notice.

Appellant has failed to respond to this Court's notice.   Accordingly, the appeal is dismissed for want of prosecution.   *See id.* R. 42.3(b), (c).

LETICIA HINOJOSA
Justice

Delivered and filed the
7th day of March, 2019.